

ORIGINAL

RECEIVED
U.S. MARSHALS SERV
CHEYENNE, WY
2017 MAY 22 AM 8: 1

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| GIBSON CONDIE. | CASE NUMBER: 17-CR-124-J |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GIBSON CONDIE  and bring him or her forthwith to the nearest magistrate to answer an **Indictment** charging him or her with **Health Care Fraud** in violation of **18 U.S.C. § 1347**.

| | |
|---|---|
| Stephan Harris | Clerk of United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| Stephan Harris | May 21, 2017, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $ DETAIN | By:                         Alan B. Johnson |
| | United States District Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___Casper, WY___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05-23-17 | Robert MacMaster, DUSM | /s/ DUSM |