

**FILED**
2:18 pm, 5/30/17
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.   Case Number:   17-CR-124-J

GIBSON CONDIE

Defendant.

Date 5/30/17      Time 1:37 - 2:18         Before the Honorable    Kelly H. Rankin

☑ Indictment    ☐ Information    ☐ Complaint    ☑ Arraignment    ☐ Rule 5

☐ Initial Appearance    ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Removal Hearing

☐ Other

Offense:  Health Care Fraud

| Zachary Fisher | Jan Davis | Kristen Danni |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Eric J. Heimann | Justin Stephenson | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Steve Kline, Bill Pilger

☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**Arraignment**

- ☐ Defendant waives indictment
- ☑ Defendant waives reading of indictment
- ☐ Information filed by Government
- ☐ Superseding indictment/information filed by Government
- ☒ Indictment
- ☐ Complaint

**Defendant enters a plea of**

- ☑ Not guilty to count(s)

  1 - 234        of an   Indictment

- ☐ Guilty to count(s)

  _____        of an   _____

**Not Guilty Plea**

- ☐ Court orders discovery per rule 16 FRCrP
- ☐ Photocopy of discovery is permissible
- ☑ Court orders access to Grand Jury Transcripts

Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery

- ☐ Trial date set for           at           Before Honorable

in

- ☐ Speedy trial expires on
- ☑ Other   Discovery Order and Trial date to be take care of by Judge Johnson as a Motion to Declare Case Complex and Set Trial was filed by the Government.
  Mr. Kline & Mr. Pilger will file their entries of appearance as soon as possible.
  Defendant continued on bond with the travel condition amended to allow the Defendant to travel to Utah for 7/31/17 to 8/4/17 and an additional condition stating that the defendant will not have direct or indirect contact with any potential witnesses or victims other than the witness he is the Guardian of but he will not discuss the case in any way with the witness (Ms. Nielsen) or her caretaker (Ms. Cook).  The Government will provide Defendant with a list of all witnesses in this matter.