# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 10 2017

Stephan Harris, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GIBSON CONDIE<br><br>Defendant. | Case Number: 17-CR-124-J |

## CRIMINAL MINUTE SHEET STATUS/SCHEDULING CONFERENCE

☑ Scheduling Conference

Date: 07/10/2017    Time: 2:05 pm - 3:10 pm

| Alan B. Johnson | Sarah Williamson | Monique Gentry | Brynn Hvidston |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | |
|---|---|
| U.S. Marshal | U.S. Probation Officer |

Attorney(s) for Defendant(s)    Stephen H. Kline, William B. Pilger

Attorney(s) for Government    Eric J. Heimann

Other:

Plaintiff Expert Witness Designation Deadline:    12/1/17

Defendant Expert Witness Designation Deadline:   11/15/17

Discovery Due:

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Deadline

Dispositive Motions Hearing

☐ Including Daubert Challenges

MINUTE SHEET STATUS CONFERENCE
17-CR-124-J

Dispositive Motions Response Deadline  _____

Reply Deadline  _____

Final Pretrial Conference Set:  _____

Jury Trial Set:  2/5/18 (Governments case 3 weeks long)

Status Conference Set:  11/1/17

Other:

Defendant may file a motion for bill of particulars, if necessary, by 9/18/17

Govt Motions in Limine: 30 days prior to trial, Response 14 days prior to trial
Defendant Motions in Limine: 45 days before trial, Responses 30 days prior to trial

The governments motion to declare case complex will be granted and the court will find that the time between now and trial is excludable pursuant to the speedy trial act. Written order to enter.

Written Order to enter.